JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHAD M. MANDELL (ILBN 628783)
Special Assistant United States Attorney

    150 South Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Facsimile: (408) 535-5066
    chad.mandell@usdoj.gov

Attorneys for the United States,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-70204 RS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| vs. ) | ORDER CONTINUING HEARING |
| ) | |
| BRIAN MATTHEW GARCIA, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Thursday, April 9, 2009 may be continued to Thursday, April 16, 2009 at 2:00 p.m. The reason for the requested continuance is to permit the parties to continue settlement negotiations and to accommodate scheduling conflicts of both counsel.

The parties further stipulate and agree that seven days may be excluded from the time within which trial shall commence, as reasonable time necessary for effective preparation and

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-70204 RS                       1

1  continuity of counsel, taking into account the exercise of due diligence, pursuant to Title 18,
2  United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: April 7, 2009

                                                  /s/
                                      GEOFFREY BRAUN
                                      Defense Counsel

Dated: April 7, 2009

                                                  /s/
                                        CHAD MANDELL
                                        Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing of Thursday, April 9, 2009 shall be continued to Thursday, April 16, 2009 at 2:00 p.m.

It is further ordered that seven days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

Dated: April 7, 2009

                                          PATRICIA V. TRUMBULL
                                        United States Magistrate Judge